Eric Misterovich (Pro Hac Vice Forthcoming)
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
Phone: (269) 281-3908
Email: eric@revisionlegal.com

Nicholas Ranallo, Attorney at Law (WSBA #51439)
Designated Local Counsel
5058 57th Ave. S.
Seattle, WA 98118-2120
Telephone: (831) 607-9229
Facsimile: (831) 533-5073
Email: nick@ranallolawoffice.com

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

LUIGI MARRUSO,

      Plaintiff,

           v.

ROBERT W. MONSTER, an individual,
EPIK INC., a Washington corporation, and
MASTERBUCKS LLC, a Wyoming
limited liability company,

      Defendants.

Case No.:

_____

In and for his Complaint, Plaintiff Luigi Marruso ("Marruso" or "Plaintiff") states as follows:

## INTRODUCTION

1.     The Defendants purported to offer domain name escrow services. Instead, Defendants conducted a fraudulent scheme to steal money from its users, including the Plaintiff, who has lost in excess of $1,000,000 due to Defendants' wrongful actions.

COMPLAINT (NO. _____ ) - 1

      Revision Legal, PLLC
      8051 Moorsbridge Rd.
      Portage, MI 49024
      (269) 281-3908

      Ranallo Law Office
      5058 57th Ave. S.
      Seattle, WA 98118
      (831) 607-9229

## PARTIES

2.     Marruso is an individual residing in Italy.

3.     Defendant Robert W. Monster ("Monster") is an individual residing within this Judicial District.

4.     Defendant Epik Inc. ("Epik"), is a delinquent Washington corporation, with a principal office street address at 3832 234th Ave. SE, Sammamish, WA 98075.

5.     Epik was founded and primarily operated by Monster.

6.     At all relevant times, Epik provided domain name registrar and other related services, including but not limited to escrow services.

7.     Epik is not licensed by any governmental or regulatory authority to provide escrow services.

8.     Defendant Masterbucks, LLC ("Masterbucks"), is a Wyoming limited liability company. As of November 9, 2023, Masterbucks was administratively dissolved for failure to pay its taxes.

9.     On information and belief, Masterbucks still holds itself out as an online withdrawal dashboard "designed specifically for domain name sellers."

10.    The Masterbucks domain, <masterbucks.com>, is still active as of the date of this Complaint.

11.    On information and belief, Masterbucks is beneficially owned and operated by Monster. And at all relevant times, Masterbucks regularly conducted business in the State of Washington, operating hand-in-hand with Epik to a virtual currency that could be held by Epik users.

COMPLAINT (NO. _____) - 2

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

**JURISDICTION AND VENUE**

12.     This Court has federal question jurisdiction of this action under 28 U.S.C. § 1331 because the action alleges violations of 18 U.S.C. §1962. This Court has supplemental jurisdiction over the remaining claims under 28 U.S.C. §1367 as the causes of action arises from a common nucleus of operative facts, namely, Defendants' fraud in providing escrow services in connection with the sale of domain names.

13.     This Court also has diversity jurisdiction over this action under 28 U.S.C. § 1332 because complete diversity of citizenship exists and because Defendants' fraud has caused Plaintiff to suffer losses in excess of $75,000, exclusive of interests and costs.

14.     Personal jurisdiction is proper over Monster and Epik as they are Washington residents.

15.     Personal jurisdiction over Masterbucks is proper because it regularly conducts business in Washington and this action arises out of or is related to its conduct in the state. Specifically, personal jurisdiction is proper over Masterbucks because it worked in close connection with Epik to provide Epik users "masterbucks" that would sit within an Epik user's online account as a virtual currency. Masterbucks operation was highly dependent on and inextricably intertwined with Epik's services. In fact, creation of an online account at Epik automatically created an account with Masterbucks using the same login credentials.

16.     Venue is also proper as to all Defendants in this District under 28 U.S.C. § 1391(b)(2) a substantial part of the events or omissions giving rise to the claims occurred in this judicial district. Specifically, the fraudulent enterprise and scheme alleged in this Complaint

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

revolves around corporate entities that are based in this District and Monster, who is also a resident of this District.

## FACTS AND BACKGROUND

### Defendants' Fraudulent Scheme

17.     According to several news outlets, Defendants operate a web-services enterprise that caters to a far-right customer base.[1] Among those who have utilized Epik's services are 8chan, an online message board well-known for hosting manifestos and "content" from multiple white supremacists, the notorious InfoWars, and Parler, the social media site popular among the January 6 Capitol insurrectionists.

18.     One of Epik's main offerings is assisting in the sale of domain names. Users are permitted to list domain names they own for sale through Epik. And if a party wishes to buy one of these listed domain names, they are instructed to contact Epik and Epik claims to safely handle all components of the sale.

19.     Epik purports to act as an escrow agent in connection with the sale of domain names.

20.     Escrow agents serve as a neutral intermediary between the buyer and seller and are intended to provide a safeguard in completing the transaction: the buyer sends the purchase price to the escrow agent, the escrow agent then confirms receipt of the funds, releases the domain name to the buyer, and releases the purchase price (less an escrow agent fee) to the seller.

21.     Defendants failed to follow the simple escrow process set out above.

---

[1] See, for example, https://www.cnn.com/2021/12/09/business/epik-hack-ceo-rob-monster-invs/index.html, last visited August 26, 2024; and https://www.wired.com/story/epik-domain-registrar-new-owner/, last visited August 26, 2024.

COMPLAINT (NO. _____ ) - 4

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

22.     Instead, when a domain name was sold through Epik's services, the purchase price funds were automatically converted to the seller's Masterbucks account in the form of a completely made-up form of digital currency titled "masterbucks."

23.     Masterbucks offered the ability to use some form of alleged crypto exchange to convert masterbucks into various cryptocurrencies, including Bitcoin ("BTC").

24.     Upon information and belief, the system described above was a fraud and there was no way to withdraw any cryptocurrency from a user's account. Further, upon information and belief, Defendants themselves "converted" BTC to USD/masterbucks without authorization from the underlying customer.

25.     This resulted in a system whereby Monster, Epik, and Masterbucks jointly worked together and acted without authorization to play fast and loose with their clients' money for the Defendants' benefit.

26.     Instead of acting as a simple, straightforward escrow service, Defendants created an elaborate plan that gave them the opportunity to obfuscate the truth and misappropriate funds.

27.     Defendants took full advantage of this opportunity

28.     Indeed, according to one news article, "Epik was using money from both [Masterbucks and Defendants' in-house escrow service] to fund its operations rather than keeping the funds in separate bank accounts."[2]

29.     In short, Defendants worked together to provide escrow services regarding domain names and misappropriated the escrow funds that belonged to hundreds of users, including Plaintiff.

---

[2] https://domainnamewire.com/2022/12/01/epik-continues-to-dig-out-from-financial-mess/, (last Visited August 26, 2024).

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

30.    Defendants have already been sued for this conduct. See *Adkisson v Epik Holdings, Inc. et al*, Case No. 2:23-cv-495 (W.D. WA).

31.    And Epik users have stated their frustrations freely online.

32.    The following are true and correct screenshots of two user reviews of Defendant's services.

**Алексей Малкофф**
1 review  ⊙ FR

★☆☆☆☆                                                    Jul 23, 2023

**do not pay out money**

I've been trying to get my money back from the sale of the site since March 2023. So far the technical support is silent or says that they will pass my case to the financial department. They are scammers, don't trust them with your sites and your money. !!!

**Date of experience:** March 23, 2023

👍 Useful **2**    ⌁ Share                                              ⚑

**LO**    **Louis**
1 review  ⊙ US

★☆☆☆☆   → Redirected                               Updated Jun 25, 2024

**Stole $3k from me**

Sold a domain, never received payment. I used to think this was a good platform because of their easy options to sell and lease out domains. That being said, they stole $3,412.50 from me on the last sale I made through their platform on 12/20/2022. They sold my domain, deposited funds to their Masterbucks platform, I immediately requested withdrawal, and they just refer me to Masterbucks support who never replies, even after a year and a half of trying to get resolution. There's plenty of other reports of this, too. Don't trust this company.

**Date of experience:** January 13, 2024

COMPLAINT (NO. _____ ) - 6

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

*Misappropriation of Plaintiff's Funds*

33.     Plaintiff created four accounts within Epik's systems and used Epik as an escrow service in connection with the sale of several domain names. The creation of an Epik account automatically spawned the creation of a Masterbucks accounts using the same username and password.

34.     In connection with Plaintiff's Epik account under the username "MultiBusiness," Plaintiff used Epik's domain name escrow services in connection with the sale of a portfolio of domains for a total purchase price of over $3,000,000.

35.     Plaintiff retained funds within the Epik/Masterbucks accounts for potential future use.

36.     On November 3, 2022, Epik emailed Plaintiff informing Plaintiff that it had unilaterally terminated a "Customer Account Balance Accrual Agreement" and has "converted the balance of [Plaintiff's account] into In-Store Credit ("ISC") in the amount of $1,072,687.81. This was done by Defendants' unilateral transfer of 53.52930961 of BTC out Plaintiff's Masterbucks account into USD in the amount of $1,079,108.38 then and providing a corresponding ISC of $1,079,108.38[3] to the Plaintiff's Epik account.  **Exhibit 1**, November 3, 2022 MultiBusiness Termination Email; **Exhibit 2**, MultiBusiness Masterbucks Transfer; **Exhibit 3**, MultiBusiness Epik Deposit.

37.     **Exhibit 1**, is a true and accurate copy of the email sent by Brian Royce to Plaintiff.

38.     **Exhibit 2**, is a true and accurate copy of a screenshot of Plaintiff's MultiBusiness Masterbucks account.

---

[3] Plaintiff acknowledges that Defendants' ISC credit does not match the total as stated in its November 3, 2022 email.

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

39.    **Exhibit 3**, is a true and accurate copy of a screenshot of Plaintiff's MultiBusiness Epik account.

40.    As of April 5, 2023, Plaintiff held a balance of $1,079,052.50 ISC within its Epik account. **Exhibit 4**, MultiBusiness Epik Statement.

41.    **Exhibit 4**, is a true and accurate copy of a screenshot of Plaintiff's MultiBusiness Epik account.

42.    But on April 6, 2023, Defendants then transferred the $1,079,052.50 of ISC out of the Epik account and back to the MultiBusiness Masterbucks Account. **Exhibit 4**, MultiBusiness Epik Statement; **Exhibit 5**, MultiBusiness Masterbucks.

43.    **Exhibit 5**, is a true and accurate copy of a screenshot of Plaintiff's MultiBusiness Masterbucks account.

44.    Plaintiff has demanded return of the $1,079,052.50 and Defendants have refused to return the funds.

45.    In connection with Plaintiff's Epik account under the username "admin@businessweb.com," Plaintiff used Epik's domain name escrow services in connection with the sale of domain name in August 2022. The resulting funds were converted to BTC shortly thereafter within the corresponding Masterbucks account. **Exhibit 6**, admin@businessweb.com Masterbucks account.

46.    **Exhibit 6**, is a true and accurate copy of a screenshot of Plaintiff's admin@businessweb.com Masterbucks account.

47.    In November 2022, Plaintiff attempted to withdraw the BTC.

COMPLAINT (NO. _____ ) - 8

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

48.     Defendants refused to permit the withdraw of BTC and marked the request as "pending," which remains today. **Exhibit 6**, admin@businessweb.com Masterbucks account.

49.     To date, Defendants are wrongfully exerting possession and control over 5.18836095 BTC that rightfully belong to Plaintiff.

50.     Plaintiff has demanded return of the 5.18836095 BTC and Defendants have refused to return the same.

51.     In connection with Plaintiff's Epik account under the username "Bitextreme," Plaintiff used Epik's domain name escrow services for the sale of various domain names.

52.     On November 3, 2022, Epik emailed Plaintiff informing Plaintiff that it had unilaterally terminated a "Customer Account Balance Accrual Agreement" and has "converted the balance of [Plaintiff's account] into In-Store Credit ("ISC") in the amount of $32,214.79. This was done by Defendants unilaterally transferring 1.2314666 BTC out Plaintiff's Masterbucks account into USD in the amount of $24,823.90 then and providing a corresponding ISC of $24,823.90 to the Epik account. Defendant also transferred $12,526.09 worth of USD out Plaintiff's Masterbucks account and provided a corresponding ISC of $12,526.09 to the Epik Account. **Exhibit 7**, November 3, 2022 Bitextreme Termination Email; **Exhibit 8**, Bitextreme Masterbucks BTC Transfer; **Exhibit 9**, Bitextreme Masterbucks USD Transfer; **Exhibit 10**, Bitextreme Epik Statement.

53.     **Exhibit 7**, is a true and accurate copy of the email sent by Brian Royce to Plaintiff.

54.     **Exhibit 8**, is a true and accurate copy of a screenshot of Plaintiff's Bitextreme Masterbucks account.

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

55.    **Exhibit 9**, is a true and accurate copy of a screenshot of Plaintiff's Bitextreme Masterbucks account.

56.    **Exhibit 10**, is a true and accurate copy of a screenshot of Plaintiff's Bitextreme Epik account.

57.    As of April 5, 2023, Plaintiff held a balance of $36,003.00 ISC within its Epik account. **Exhibit 11**, Bitextreme Epik Statement.

58.    **Exhibit 11**, is a true and accurate copy of a screenshot of Plaintiff's Bitextreme Epik account.

59.    But on April 6, 2023, Defendants then transferred the $36,003.00 of ISC back to the Bitextreme Masterbucks Account. **Exhibit 9**, Bitextreme Masterbucks USD Transfer.

60.    Plaintiff has demanded return of the $36,003.00 and Defendants have refused to return the funds.

61.    In    connection    with    Plaintiff's    Epik    account    under    the    username "domainsales@domainempire.com," Plaintiff used Epik's domain name escrow services in connection with the sale of a single domain name in 2022.

62.    On    November 3, 2022, Defendants    transferred $253,162.26 of USD out of Plaintiff's domainsales@domainempire.com Masterbucks account and a corresponding deposit of ISC    was    made    into    Plaintiff's    domainsales@domainempire.com    Epik account. **Exhibit 12**, domainsales@domainempire.com    Masterbucks    Statement;    **Exhibit    13**, domainsales@domainempire.com Epik Statement.

63.    **Exhibit    12**, is    a    true    and    accurate    screenshot    of    Plaintiff's domainsales@domainempire.com Masterbucks account.

COMPLAINT (NO. _____ ) - 10

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

64.     **Exhibit 13**, is a true and accurate screenshot of Plaintiff's domainsales@domainempire.com Epik account.

65.     As of April 5, 2023, Plaintiff held a balance of $253,162.26 ISC within its Epik account. **Exhibit 13**, domainsales@domainempire.com Epik Statement.

66.     But on April 6, 2023, Defendants then transferred the $253,162.26 back to the domainsales@domainempire.com Masterbucks account. took an action to erase this ISC from the MultiBusiness Epik Account. **Exhibit 12**, domainsales@domainempire.com Masterbucks Statement.

67.     Plaintiff has demanded return of the $253,162.26 and Defendants have refused to return the funds.

68.     The acts to transfer USD and/or BTC from Masterbucks to Epik, or from Epik to Masterbucks, were never authorized by Plaintiff.

69.     Monster has acknowledged the debt owed to Plaintiff but has failed to repay it.

### FIRST CAUSE OF ACTION
*Breach of Contract (Epik and Monster)*

70.     Plaintiff realleges and incorporates by reference, as if fully restated herein, the allegations in the foregoing paragraphs.

71.     In connection with the sale of various domain names associated with Plaintiff's accounts, Defendants entered into valid, enforceable and binding agreements with Plaintiff.

72.     Based on Defendants' representations, Epik was to hold the proceeds from the sales of Plaintiff's domains in escrow.

73.     Epik was required to keep those funds separate from Defendants' business and personal accounts. The funds could not be used for any other purpose whatsoever.

COMPLAINT (NO. _____ ) - 11

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

74.     Plaintiff made a valid request upon Epik for Epik to release the balance of each of Plaintiff's accounts. Defendants have refused and otherwise failed to release the funds, in breach of their obligations.

75.     As a direct and proximate cause of Defendants' breaches, Plaintiff has been harmed and is entitled to an amount to be proved at trial, and in an amount no less than $1,500,000, plus interest.

## SECOND CAUSE OF ACTION
### *Fraudulent Misrepresentation (All Defendants)*

76.     Plaintiff realleges and incorporates by reference, as if fully restated herein, the allegations in the foregoing paragraphs.

77.     Defendants represented to Plaintiff that Epik would serve as an escrow agent and maintain Plaintiff's sales proceeds in escrow accounts, to be used at Plaintiff's discretion. Defendants further represented that Plaintiff should keep the balances in the escrow accounts, as Plaintiff would earn interest on the balances.

78.     Based on those representations, Plaintiff kept large account balances with the Defendants.

79.     Defendants' representations were materially false and misleading.

80.      At the time of the representations Defendants knew the representations to be false.

81.     Defendants never placed Plaintiff's funds in a true escrow account and used Plaintiff's funds to settle separate debts or for other personal reasons.

82.     Defendants were not licensed to perform escrow services or to act as an escrow agent as required by the law of any state.

83.     Defendants intended Plaintiff to rely on its representations.

COMPLAINT (NO. _____ ) - 12

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

84.     Plaintiff relied on the representations from Defendants regarding their ability to safeguard Plaintiff's funds as escrow agent.

85.     After Plaintiff was unable to withdraw Plaintiff's rightful funds, Defendants represented guaranteed that the issues with the accounts would be fixed and that Plaintiff would receive his money.

86.     Plaintiff relied on the representations that Plaintiff would be repaid the funds. In doing so, Plaintiff suffered losses.

87.     Plaintiff's reliance on Defendants' false representations has damaged Plaintiff in an amount to be proven at trial and Plaintiff is entitled to damages and injunctive relief.

### THIRD CAUSE OF ACTION
### *Breach of Fiduciary Duty (All Defendants)*

88.     Plaintiff realleges and incorporates by reference, as if fully set forth herein, the allegations in the foregoing paragraphs as if fully set forth herein.

89.     Defendants had a fiduciary duty to exercise a high degree of care to conserve the sales proceeds derived from Plaintiff's sale of domain names through Defendants' service. Plaintiff's funds were to be maintained in a separate account—and without commingling with any other funds in Defendants' possession. Defendants were prohibited from using Plaintiff's funds for any other purpose except at the direction of Plaintiff.

90.     On information and belief, Plaintiff's funds were never placed in and were not maintained in a separate escrow account. Instead, Defendants misappropriated Plaintiff's funds and used the funds to settle separate debts or for other personal or business reasons, unrelated to Plaintiff's directives. Such actions breached Defendants' fiduciary duties owed to Plaintiff.

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

91.     Defendants conduct caused Plaintiff damages in an amount to be proven at trial and Plaintiff is entitled to damages and injunctive relief.

### FOURTH CAUSE OF ACTION
***Violations of Racketeer Influenced and Corrupt Organizations Act*, 18 U.S.C § 1962(a), (c) and (d) (*All Defendants*)**

92.     Plaintiff realleges and incorporates by reference as if fully restated herein the allegations in the foregoing paragraphs as if fully set forth herein.

93.     Defendants are "persons" within the definition of 18 U.S.C. § 1961(3).

94.     Epik/Masterbucks is an "enterprise" as defined by 18 U.S.C. § 1961(4) and engaged in, and had activities affecting, interstate and foreign commerce.

95.     Monster wrongfully conducted or participated directly or indirectly in the conduct of the affairs of Epik through a pattern of racketeering activity. In connection therewith, Defendants committed at least the following racketeering acts within the meaning of 18 U.S.C. §1961(a):

    a.  <u>Wire Fraud</u>. Defendants devised a scheme or artifice to defraud by means of wire communication in interstate or foreign commerce in violation of 18 U.S.C §1343, in that, as described above and under false or fraudulent pretenses, representations or covenants:

        i.  Defendants purported to act as an escrow service in the sale and purchase of domain names, while in fact, Defendants comingled funds entitled to Plaintiff, misappropriated such funds and used Plaintiff's funds to obfuscate Defendants' fraudulent activities. Defendants used wire transmissions to transmit false or fraudulent representations

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

regarding its services, including by mail and through the Epik website, to obtain money that was also transferred by means of wire transmission.

ii. In connection with the Defendants' fraudulent scheme, Monster made false representations to Plaintiff and other consumers promising to repay funds Defendants misappropriated and were in the process of misappropriating in order to delay efforts to recover their funds to hide the fraudulent scheme and complete the misappropriation of the funds. Defendants used wire transmissions including email and text messages to transmit these false or fraudulent representations.

96.    Defendants' racketeering acts were committed in furtherance of a common fraudulent scheme so that Monster, Epik, and Masterbucks could wrongfully spend Plaintiff's funds on themselves and the Epik enterprise, conceal the fraudulent scheme, and abscond with the funds and profits.

97.    On information and belief, Defendants racketeering acts have been ongoing for years, and began at least as early as September 2022.

98.    Defendants' racketeering acts are part of an on-going and continuous pattern, involving defrauding Plaintiff and likely numerous other consumers through the same or similar methods. This pattern of racketeering acts is likely to be repeated, is ongoing, and is, on information and belief, Defendants' regular way of conducting business.

99.    Defendants acts were and are being committed in interstate commerce, affective Plaintiff and other similarly situated consumers in multiple states.

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

100.     As a proximate result of Defendants violation of 18 U.S.C. §1962(a), Plaintiff has sustained damages in amount to be proved at trial and is entitled to injunctive relief, recovery of treble damages, and costs of litigation and attorney's fees.

**FIFTH CAUSE OF ACTION**
***Unjust Enrichment***

101.     Plaintiff realleges and incorporates by reference, as if fully set forth herein, the allegations in the foregoing paragraphs as if fully stated herein.

102.     Defendants held sums in excess of $1,000,000 of Plaintiff's money and/or BTC, to be held for the benefit of Plaintiff only, in an escrow account.

103.     As described in the paragraphs above, Defendants have unjustly retained and benefitted from retaining Plaintiff's funds and refused to return those funds, at the expense of Plaintiff.

104.     Under the circumstances, it is unjust for Defendants to retain Plaintiff's funds.

**SIXTH CAUSE OF ACTION**
***Conversion***

105.     Plaintiff realleges and incorporates by reference as if fully restated herein the allegations in the foregoing paragraphs as if fully set forth herein.

106.     Defendants held sums in excess of $1,000,000 of Plaintiff's money and/or BTC, to be held for the benefit of Plaintiff only, in an escrow account.

107.     As described above, Defendants have willfully interfered with and converted Plaintiff's funds—at one time even going so far as to convert Plaintiff's funds from BTC back to USD without the consent of Plaintiff—as a result of which Plaintiff has been deprived of possession and use of its property.

COMPLAINT (NO. _____) - 16

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

108.     Defendants had no lawful justification to retain Plaintiff's funds or to convert Plaintiff's funds to any form of currency other than at the express directive of Plaintiff.

109.     As a result of Defendants' actions, Plaintiff has been damages in an amount to be proven at trial but in an amount no less than $1,500,000, plus interest.

## SEVENTH CAUSE OF ACTION
### *Violation of the Washington Consumer Protections Act, RCW 19.86.020 (All Defendants)*

110.     Plaintiff realleges and incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

111.     Defendants' actions described above constitute unfair methods of competition and unfair or deceptive acts or practices in the conduct of trade or commerce.

112.     Defendants' actions are contrary to the public interest, mislead the public, and have injured Plaintiff.

113.     Defendants acted unfairly when offering escrow services but failing to provide those basic services and instead, stealing money from Plaintiff.

114.     Plaintiff is entitled to actual damages, treble damages, and costs and attorneys' fees.

## EIGHTH CAUSE OF ACTION
### *Replevin – RCW 7.64.010 et seq*

115.     Plaintiff realleges and incorporates by reference the allegations in the foregoing paragraphs as though fully set forth herein.

116.     As set forth herein, Plaintiff has a present right to possession of funds that are currently being held by Defendants.

COMPLAINT (NO. _____ ) - 17

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

117.    Defendants have wrongfully seized or converted the funds described in this Complaint and continue to deny Plaintiff access to funds rightfully belonging to Plaintiff.

118.    Plaintiff is entitled to a writ of replevin pursuant to RCW 7.64.

119.    Plaintiff is further entitled to recover attorney's fees and court costs in this action pursuant to RCW 7.64.035(3).

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury as to all issues so triable in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Luigi Marruso prays for the following relief:

A.    For judgment in favor of Plaintiff, and against Defendants on all claims;

B.    For Plaintiff's actual damages, recovery of unjust enrichment, treble damages, punitive damages, and any other form of damages permitted by law in such amounts to be proven at trial;

C.    For injunctive relief, enjoining Defendants from transferring, liquidating, converting, or otherwise disposing of Plaintiff's account proceeds;

D.    For judgment against Defendants for Plaintiff's costs of suit, including Plaintiff's reasonable attorney's fees;

E.    For an Order of Replevin requiring Defendant to surrender possession of all funds belonging to Plaintiff;

F.    For pre- and post-judgment interest as allowed by law; and

G.    For such other relief as the Court may deem just and proper.

COMPLAINT (NO. _____) - 18

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

DATED: September 12, 2024

/s/ Nicholas Ranallo
Nicholas Ranallo
Washington Bar No. 51439
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com
(831) 607-9229

/s/ Eric Misterovich
Eric Misterovich (P73422)
*Pro Hac Vice Forthcoming*
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
269.281.3908
eric@revisionlegal.com

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

# EXHIBIT 1



----- Forwarded message from "Brian Royce" <brian.epik.com@via.directmailapp.com> -----
Date: 3/11/2022 at 1:22 AM
Subject: Termination of Customer Account Balance Accrual Agreement
To: Luigi Marruso <luigi@affari.com>
Cc: lars@epik.com,sufyan@epik.com

Hello Luigi,

Customer Email Address: luigi@affari.com

You ("Customer") are a party with Epik, Inc., a Washington corporation ("Epik"), to that certain "Customer Account Balance Accrual Agreement" (the "Agreement"). The Agreement provides that either party may terminate this Agreement at any time upon ten (10) days written notice to the other party.

This letter is a notice of termination of the Agreement, effective on the tenth (10th) day after the date of this letter. Effective immediately, no additional deposits shall be accepted, and no further deposit accruals shall accrue.

Epik has converted the balance of your account into In-store Credit (ISC).

Your In-Store Credit balance is: $1,072,687.81

We will continue to accept Customer's ISC up to the current balance thereof as credit toward Customer's purchase of products and services provided by Epik, including domain name purchases, after-market purchases, domain renewals, domain transfers, and hosting services.

Attached is a top 200 list of domains that Epik owns; if you would like to use your ISC to purchase any of the domains listed, please contact Sufyan directly; he will assist you with those transactions. If you would like to review our complete catalog, that can be provided.

We appreciate your business and loyalty and look forward to doing more business with you as Epik continues to improve its product and service offerings. #BeEpik!

If you want to schedule a time to talk, either email liza@epik.com or use https://calendly.com/brianroyce

Sincerely,
Brian Royce | CEO
Epik Holdings Inc.

Mobile: 1-713-853-5841
Skype: brianroyce | Twitter: brianmroyce

CONFIDENTIAL COMMUNICATION NOTICE. The information contained in this email message is confidential and proprietary and is intended solely for the use of the addressee. Any unauthorized dissemination, distribution, or

copying of this email is expressly prohibited. If you have received this email message in error, please notify the sender immediately and delete this message and any attachments.



**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4



## Billing & Payment History

USERNAME:
**MULTIBUSINESS**

PROFILE SETTINGS
EMAIL SETTINGS
PASSWORD
SECURITY
PORTFOLIO SETTINGS
NOTIFICATIONS
DOMAIN MARKETPLACES
VERIFICATION
CNNIC VERIFICATION
ADVANCED
API SETTINGS

FINANCIAL
CREDIT CARDS
IN-STORE CREDIT
AUTOMATIC PAYMENTS
CHECKOUT PAYMENTS
BILLING & PAYMENT HISTORY
FINANCIAL STATEMENT
DOMAIN LOANS
INVOICES

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|------|-------------|---------|------------|---------|
| 2023-06-07 | Transfer domain buyfurniturenow.com | - | $9.99 | $13.91 |
| 2023-05-05 | antiage.net transfer cancelled. Refunding | $11.95 | - | $23.90 |
| 2023-05-05 | breastsurgery.net transfer cancelled. Refunding | $11.95 | - | $11.95 |
| 2023-04-06 | - | $1079052.50 | $0.00 | |
| 2023-04-06 | Transfer domain antiage.net | - | $11.95 | $1079052.50 |
| 2023-04-06 | Transfer domain breastsurgery.net | - | $11.95 | $1079064.38 |
| 2023-02-26 | Transfer domain homes4sale.org | - | $11.95 | $1079076.38 |
| 2023-01-19 | Refund for canceled processing: register sapaydayloans.com | $9.99 | - | $1079088.38 |
| 2023-01-16 | Create domain sapaydayloans.com for 1 year(s) | - | $9.99 | $1079078.38 |
| 2023-01-11 | Refund for canceled processing: register cbdediblescandy.com | $9.99 | - | $1079088.38 |

18 items found   Display: 10 items

Export As CSV

**QUICK LINKS**
Manage My Domains
Register New Domains
Pre-Order The New gTLDs
Domain Name Marketplace

**MY DOMAINS**
Manage My Domains
Domain Registration
Domain Name Prices
Add Domain(s)
Domain Profiles
Expired domains
WHOIS

**BACKORDERS**
Backorders

**HOSTING**
Web Hosting
Wordpress Hosting
Dedicated Servers
Email Hosting
Site Builder
SSL Certificate

**INTEGRATION**
API Documentation
WHMCS Plugin

**DOMAIN MARKETPLACE**
Marketplace Home
Bargain Domains
Daily Diamonds
Premium Domains
Premier gTLD
Registrar Pending-Delete

**ABOUT US**
Company
News & PR

# EXHIBIT 5



# EXHIBIT 6



# EXHIBIT 7



----- Forwarded message from "Brian Royce" <brian.epik.com@via.directmailapp.com> -----
Date: 3/11/2022 at 1:22 AM
Subject: Termination of Customer Account Balance Accrual Agreement
To: Luigi Marruso <box@nym.hush.com>
Cc: lars@epik.com,sufyan@epik.com

Hello Luigi,

Customer Email Address: box@nym.hush.com

You ("Customer") are a party with Epik, Inc., a Washington corporation ("Epik"), to that certain "Customer Account Balance Accrual Agreement" (the "Agreement"). The Agreement provides that either party may terminate this Agreement at any time upon ten (10) days written notice to the other party.

This letter is a notice of termination of the Agreement, effective on the tenth (10th) day after the date of this letter. Effective immediately, no additional deposits shall be accepted, and no further deposit accruals shall accrue.

Epik has converted the balance of your account into In-store Credit (ISC).

Your In-Store Credit balance is: $32,214.79

We will continue to accept Customer's ISC up to the current balance thereof as credit toward Customer's purchase of products and services provided by Epik, including domain name purchases, after-market purchases, domain renewals, domain transfers, and hosting services.

Attached is a top 200 list of domains that Epik owns; if you would like to use your ISC to purchase any of the domains listed, please contact Sufyan directly; he will assist you with those transactions. If you would like to review our complete catalog, that can be provided.

We appreciate your business and loyalty and look forward to doing more business with you as Epik continues to improve its product and service offerings. #BeEpik!

If you want to schedule a time to talk, either email liza@epik.com or use https://calendly.com/brianroyce

Sincerely,
Brian Royce | CEO
Epik Holdings Inc.

Mobile: 1-713-853-5841
Skype: brianroyce | Twitter: brianmroyce

CONFIDENTIAL COMMUNICATION NOTICE. The information contained in this email message is confidential and proprietary and is intended solely for the use of the addressee. Any unauthorized dissemination, distribution, or

copying of this email is expressly prohibited. If you have received this email message in error, please notify the sender immediately and delete this message and any attachments.



**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10



## Billing & Payment History

USERNAME
**BITEXTREME**

| | | |
|---|---|---|
| PROFILE SETTINGS | | |
| EMAIL SETTINGS | | |
| PASSWORD | | |
| SECURITY | | |
| PORTFOLIO SETTINGS | | |
| NOTIFICATIONS | | |
| DOMAIN MARKETPLACES | | |
| VERIFICATION | | |
| CNNIC VERIFICATION | | |
| ADVANCED | | |
| API SETTINGS | | |
| **FINANCIAL** | | |
| CREDIT CARDS | | |
| IN-STORE CREDIT | | |
| AUTOMATIC PAYMENTS | | |
| CHECKOUT PAYMENTS | | |
| BILLING & PAYMENT HISTORY | | |
| FINANCIAL STATEMENT | | |
| DOMAIN LOANS | | |
| INVOICES | | |

Search [ ]   From: [ ]   To: [ ]

( Credit Cards )  ( **In-Store Credit** )

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE | |
|---|---|---|---|---|---|
| 2022-11-26 | Renew domain upsc.in for 9 year(s) | - | $62.55 | $37171.06 | 🗐 |
| 2022-11-26 | Renew domain incometaxindia.in for 9 year(s) | - | $62.55 | $37233.61 | 🗐 |
| 2022-11-26 | Renew domain benlco.in for 9 year(s) | - | $62.55 | $37296.16 | 🗐 |
| 2022-11-02 | Add Funds | $24823.90 | - | $37358.71 | 🗐 |
| 2022-11-02 | Add Funds | $12526.00 | - | $12534.81 | 🗐 |
| 2022-08-02 | marketingnet.com transfer cancelled. Refunding | $8.49 | - | $8.72 | 🗐 |
| 2021-12-20 | Transfer domain liguria.net | - | $9.54 | $0.23 | 🗐 |
| 2021-11-12 | Transfer domain terme.com | - | $6.99 | $9.77 | 🗐 |
| 2021-11-12 | Transfer domain taranis.com | - | $6.99 | $16.76 | 🗐 |
| 2021-11-12 | Transfer domain ledy.com | - | $6.99 | $23.75 | 🗐 |

185 items found   Display: [ 10 items ]   « Previous  13  14  15  16  17  **18**  19  Next »

☑ Export As CSV

---

**QUICK LINKS**

| Manage My Domains |
| Register New Domains |
| Pre-Order The New gTLDs |
| Domain Name Marketplace |
| Contact Us |

Currency: [ USD ⌄ ]

**MY DOMAINS**
Manage My Domains
Domain Registration
Domain Name Prices
Add Domain(s)
Domain Profiles
Expired domains
WHOIS

**BACKORDERS**
Backorders
Watchlist

**TRANSFERS**
Transfer domains to Epik
Transfer To Another Registrar
Get Transfer Status

**PUSHES**
Outgoing Pushes

**HOSTING**
Web Hosting
Wordpress Hosting
Dedicated Servers
Email Hosting
Site Builder
SSL Certificate

**INTEGRATION**
API Documentation
WHMCS Plugin

**DOMAIN MARKETPLACE**
Marketplace Home
Bargain Domains
Daily Diamonds
Premium Domains
Premium gTLD
Registrar Pending-Delete

**ABOUT US**
Company
News & PR
Blog
FAQ
Contact Info

**LEGAL**
Terms of Service
Refund Policy

LEGENDARY CUSTOMER SUPPORT

# EXHIBIT 11



## Billing & Payment History

**USERNAME**
BITEXTREME

PROFILE SETTINGS
EMAIL SETTINGS
PASSWORD
SECURITY
PORTFOLIO SETTINGS
NOTIFICATIONS
DOMAIN MARKETPLACES
VERIFICATION
CNNIC VERIFICATION
ADVANCED
API SETTINGS

FINANCIAL
CREDIT CARDS
IN-STORE CREDIT
AUTOMATIC PAYMENTS
CHECKOUT PAYMENTS
BILLING & PAYMENT HISTORY
FINANCIAL STATEMENT
DOMAIN LOANS
INVOICES

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|
| 2023-06-06 | - | $36003.00 | $0.00 | |
| 2023-01-04 | yuq.net transfer cancelled. Refunding | $9.54 | - | $36003.00 |
| 2023-01-04 | xuj.net transfer cancelled. Refunding | $9.54 | - | $35993.46 |
| 2023-01-04 | xrj.net transfer cancelled. Refunding | $9.54 | - | $35983.92 |
| 2023-01-04 | qxa.net transfer cancelled. Refunding | $9.54 | - | $35974.38 |
| 2023-01-04 | qpk.net transfer cancelled. Refunding | $9.54 | - | $35964.84 |
| 2023-01-04 | qjh.net transfer cancelled. Refunding | $9.54 | - | $35955.30 |
| 2023-01-04 | qnm.net transfer cancelled. Refunding | $9.54 | - | $35945.76 |
| 2023-01-04 | qjh.net transfer cancelled. Refunding | $9.54 | - | $35936.22 |
| 2023-01-04 | qke.net transfer cancelled. Refunding | $9.54 | - | $35926.68 |

185 items found   Display: 10 items    Previous 1 2 3 4 5 6 Next

Export As CSV

QUICK LINKS

Manage My Domains
Register New Domains
Pre-Order The New gTLDs
Domain Name Marketplace
Contact Us

MY DOMAINS
Manage My Domains
Domain Registration
Domain Name Prices
Add Domain(s)
Domain Profiles
Expired domains
WHOIS

BACKORDERS
Backorders
Watchlist

TRANSFERS

HOSTING
Web Hosting
Wordpress Hosting
Dedicated Servers
Email Hosting
Site Builder
SSL Certificate

INTEGRATION
API Documentation
WHMCS Plugin

DOMAIN MARKETPLACE
Marketplace Home
Bargain Domains
Daily Diamonds
Premium Domains
Premium gTLD
Registrar Pending-Delete

ABOUT US
Company
News & PR
Blog
FAQ

# EXHIBIT 12



# EXHIBIT 13



**Billing & Payment History**

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | BALANCE | |
|------|-------------|---------|------------|---------|---|
| 2023-04-06 | - | $261029.80 | $0.00 | | |
| 2022-11-02 | Add Funds | $7867.24 | - | $261029.80 | |
| 2022-11-02 | Add Funds | $253162.27 | - | $253162.56 | |
| 2021-04-05 | Transfer domain 3dworld.com | - | $8.49 | $0.31 | |
| 2021-04-05 | Transfer domain 3dvideo.com | - | $8.49 | $8.80 | |
| 2021-04-05 | Transfer domain 3dnews.com | - | $8.49 | $17.29 | |
| 2021-04-05 | Transfer domain 3dforum.com | - | $8.49 | $25.78 | |
| 2021-04-05 | Transfer domain 3dcom.com | - | $8.49 | $34.27 | |
| 2021-04-05 | Transfer domain 3dbusiness.com | - | $8.49 | $42.76 | |
| 2021-04-05 | Transfer domain 3d.org | - | $9.60 | $51.25 | |
| 2021-04-05 | Transfer domain 3d.net | - | $9.95 | $60.85 | |
| 2021-04-05 | Transfer domain 3d.com | - | $8.49 | $70.80 | |
| 2021-04-05 | Transfer domain 3d-video.com | - | $8.49 | $79.29 | |
| 2021-04-05 | Transfer domain 3d-net | - | $9.95 | $87.78 | |
| 2021-04-05 | Transfer domain 3d-.com | - | $8.49 | $97.73 | |
| 2021-04-05 | Transfer credit for 3D escrow | $105.91 | - | $106.22 | |
| 2019-09-02 | Earnings from parked domains on 2019-08-27 | $0.18 | - | $0.31 | |
| 2019-08-31 | Earnings from parked domains on 2019-08-25 | $0.08 | - | $0.13 | |
| 2019-08-30 | Earnings from parked domains on 2019-08-24 | $0.02 | - | $0.05 | |
| 2019-07-25 | Earnings from parked domains on 2019-07-19 | $0.03 | - | $0.03 | |