THE HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

LUIGI MARRUSO,

    Plaintiff,

         v.

ROBERT W. MONSTER, an individual,
EPIK INC., a Washington corporation, and
MASTERBUCKS LLC, a Wyoming
limited liability company,

    Defendants.

Case No.: 2:24-CV-0455-KKE

JURY DEMAND

---

**JURY DEMAND**

    Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury as to all issues so triable in this action.

DATED: September 17, 2024

               /s/ Nicholas Ranallo
               Nicholas Ranallo
               Washington Bar No. 51439
               5058 57th Ave. S.
               Seattle, WA 98118
               nick@ranallolawoffice.com
               (831) 607-9229

Revision Legal, PLLC
8051 Moorsbridge
Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

/s/ Eric Misterovich
Eric Misterovich (P73422)
*Pro Hac Vice Forthcoming*
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
269.281.3908
eric@revisionlegal.com

Jury Demand (NO. 2:24-cv-01455) - 2

Revision Legal, PLLC
8051 Moorsbridge
Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229