Civil Action No. 2:24-cv-01455-KKE

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __EPiK, Inc__

was received by me on *(date)* __9/20/24__ .

☒ I personally served the summons on the individual at *(place)* __3832 234th Ave SE, Sammamish WA 98075__ on *(date)* __9/22/24__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __47.50__ for services, for a total of $ __47.50__

I declare under penalty of perjury that this information is true.

Date: __9/23/24__

_____ King #2220715_
*Server's signature*

__Hillary L. Hitz / Process Server__
*Printed name and title*

__11410 NE 124th St #711 Kirkland WA 98034__
*Server's address*

Additional information regarding attempted service, etc: