AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-01455-KKE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert W. Monster
was received by me on *(date)* 9/20/24 .

☒ I personally served the summons on the individual at *(place)* 3832 234th Ave SE, Sammamish WA 98075   on *(date)* 9/22/24  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 95 for services, for a total of $ 0.00 95 .

I declare under penalty of perjury that this information is true.

Date: 9/23/24

King #222075
*Server's signature*

Hillary L. Hitz / Process Server
*Printed name and title*

11410 NE 124th St #711, Kirkland WA 98034
*Server's address*

Additional information regarding attempted service, etc: