AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-01455 KKE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Masterbucks, LLC
was received by me on *(date)* 09/20/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Holly Renolds, registered agent clerk, who is designated by law to accept service of process on behalf of *(name of organization)* Northwest Registered Agent Service Inc 30 N Gould Ste Ste N Sheridan, WY 82801 on *(date)* 09/23/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/17/2024

*Server's signature*

Dustin Looper, process server
*Printed name and title*

101 E Loucks St, Unit 6384
Sheridan, WY 82801

*Server's address*

Additional information regarding attempted service, etc:
Additional documents served: Complaint; Jury Demand; Exhibit 1 through 13; Standing Order Regarding 28USC 455(b)(2 and Cannon 3(c)(1)(B) of the code of conduct for united states judges
9-23-2024 @ 11:15am
An individual identified as Holly Renolds, clerk for Northwest Registered Agent Service., accepted the service packet after reviewing the agents records and stated that she could accept. Service occurred at 30 N Gould St, Ste N, Sheridan, WY 82801. (w, f, 5'4", 140lbs, brown hair)