THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

LUIGI MARRUSO,

    Plaintiff,

    v.

ROBERT W. MONSTER, an individual, EPIK INC., a Washington corporation, and MASTERBUCKS LLC, a Wyoming limited liability company,

    Defendants.

Case No.: 2:24-cv-01455-KKE

DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

## DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

I, Nicholas Ranallo, declare and state as follows:

    1.    This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

    2.    On September 22, 2024, Defendant Epik Inc. was served via personal service and a Proof of Service was filed at ECF No. 6.

    3.    Defendant Epik Inc. was required to answer or otherwise defend by Monday,

RANALLO DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
CASE NO. 2:24-CV-01455 - 1

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

October 14, 2024.

4. On September 22, 2024, Defendant Robert W. Monster was served via personal service and a Proof of Service was filed at ECF No. 7.

5. Defendant Robert W. Monster was required to answer or otherwise defend by Monday, October 14, 2024.

6. On September 23, 2024, Defendant Masterbucks LLC was served via personal service and a Proof of Service was filed at ECF No. 8.

7. Defendant Masterbucks LLC was required to answer or otherwise defend by Monday, October 14, 2024.

8. All Defendants have failed to answer or otherwise defend.

9. Upon information and belief, the Defendants are not active-duty members of the U.S. armed forced.

10. No Defendant has contacted my office in any manner whatsoever regarding this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of October, 2024 in King County, Washington


/s/ Nicholas Ranallo____
Nicholas Ranallo (WSBA 51439)
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com

| RANALLO DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br>CASE NO. 2:24-CV-01455 - 2 | Revision Legal, PLLC<br>8051 Moorsbridge Rd.<br>Portage, MI 49024<br>(269) 281-3908 | Ranallo Law Office<br>5058 57th Ave. S.<br>Seattle, WA 98118<br>(831) 607-9229 |
|---|---|---|