The Honorable Kymberly K. Evanson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

LUIGI MARRUSO

                              Plaintiff(s),

              v.

ROBERT W MONSTER et al.,

                              Defendant(s).

**CASE NO.:** 2:24-cv-01455-KKE

**CLERK'S ENTRY OF DEFAULT**

THIS MATTER having come on for consideration on the Plaintiff's, LUIGI MARRUSO, Motion for Default, and the Clerk having reviewed the records and files herein, it is hereby ENTERED that Defendants ROBERT W. MONSTER, EPIK, INC., AND MASTERBUCKS LLC, are in Default.

DEFAULT ENTERED this 23rd day of October 2024.

RAVI SUBRAMANIAN

*Diyana Staples*
Diyana Staples
Clerk of Court

CLERK'S ENTRY OF DEFAULT