THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

LUIGI MARRUSO,

     Plaintiff,

         v.

ROBERT W. MONSTER, an individual,
EPIK INC., a Washington corporation, and
MASTERBUCKS LLC, a Wyoming
limited liability company,

     Defendants.

Case No.: 2:24-cv-01455-KKE

Notice to Withdraw Pending Motion
(ECF No. 11)

_____

To: Clerk of Court:

     In accordance with Western District of Washington Local Rule 7(l), Plaintiff's hereby give notice that he is withdrawing the Motion for Default Judgment (ECF No. 11), without prejudice to refiling.  The motion was filed today, December 19th, 2024, and noted as a same-day motion.

DATED: December 19, 2024

                  /s/ Nicholas Ranallo
                  Nicholas Ranallo, Attorney at Law
                  Washington Bar No. 51439
                  5058 57th Ave. S.

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

Seattle, WA 98118
nick@ranallolawoffice.com
(831) 607-9229

/s/ Eric Misterovich
Eric Misterovich (P73422)
*Pro Hac Vice Forthcoming*
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
269.281.3908
eric@revisionlegal.com

Notice to Withdraw Motion for Default
Judgment  (NO. 24-cv-01455-KKE) - 2

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229