Honorable Kimberly K. Evanson

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Luigi Marruso,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Robert W. Monster et al.<br><br><div align=center>Defendants</div> | No. 2:24-cv-01455-KKE<br><br>Motion for Leave to File Over-Length Brief (LR 7(f))<br><br>Note to Calendar: December 23, 2024 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF

Pursuant to LR 7(f), Plaintiff moves this Court for leave to file its Brief in Support of Default Judgement, filed simultaneously herewith, and states the following in support:

1.      Plaintiff has filed and served the complaint on each defendant in this matter and no defendant has answered or otherwise responded.

2.      This Court entered default against defendants on October 23, 2024.

3.      Plaintiff now seeks to file a Motion for Default Judgment.

4.      The amount in controversy in this matter exceeds $1.3 million in monetary damages plus return of assets valued at nearly $500,000.00 more.

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

5.    Plaintiff's contemplated Brief in Support of Motion for Default is approximately 4500 words (excluding captions signatures) prior to final review and edits, which exceeds the 2,100-word limit pursuant to LR 7(e)(1).

6.    The length of Plaintiff's Brief in Support is primarily due to the detailed factual history regarding each of the four accounts compromised required to establish entitlement to judgment, a detailed description the exact funds and personal property misappropriated from each account, and the necessity of addressing all *Eitel* factors for its eight causes of action filed against three Defendants.

7.    Further, Plaintiff is seeking specific performance regarding the return of Bitcoin assets, a somewhat novel issue worthy of more detailed briefing.

8.    As such, Plaintiff seeks leave to file a brief in support of its Motion for Default Judgment of no more than 4550 words, exclusive of captions and signature blocks, in accordance with LR 7(f).

Respectfully submitted,

DATED: December 21, 2024

/s/ Nicholas Ranallo
Nicholas Ranallo
Washington Bar No. 51439
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com
(831) 607-9229

/s/ Eric Misterovich
Eric Misterovich (P73422)
*Pro Hac Vice Forthcoming*
Revision Legal, PLLC
8051 Moorsbridge Rd.

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

Portage, MI 49024
269.281.3908
eric@revisionlegal.com

## WORD COUNT CERTIFICATION PURSUANT TO L.R. 7(E)(6)

I certify that this motion contains _____ words excluding signature blocks, captions, and this certification, which is in compliance with the Local Civil Rules.

DATED: December 23, 2024

/s/ Nicholas Ranallo
Nicholas Ranallo
Washington Bar No. 51439
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com
(831) 607-9229

/s/ Eric Misterovich
Eric Misterovich (P73422)
*Pro Hac Vice Forthcoming*
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
269.281.3908
eric@revisionlegal.com

Motion for Leave to File Overlength Brief
(NO. 24-cv-01455-KKE) - 3

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229