Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Luigi Marruso,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Robert W. Monster et al.<br><br>　　　　　　Defendants | No. 2:24-cv-01455-KKE<br><br>Order on Motion for Leave to File Over-Length Brief (LR 7(f)) |

　　　This matter coming before the Court on Plaintiff's Motion for Leave to file an overlength brief pursuant to Local Civil Rule 7(f), and good cause being shown therefore, it is HEREBY ORDERED that Plaintiff's motion is granted (Dkt. No. 13), and may file a Motion for Default Judgment not to exceed 4,550 words, excluding captions and signature blocks.

SO ORDERED this 26th day of December, 2024.

_____
Kymberly K. Evanson
United States District Judge