AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-01455-KKE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EPIK, INC.
was received by me on *(date)* 9/20/24.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robert W. Monster, who is designated by law to accept service of process on behalf of *(name of organization)* EPIK, Inc. on *(date)* 9/22/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ — for travel and $ 47.50 for services, for a total of $ ~~0.00~~ 47.50

I declare under penalty of perjury that this information is true.

Date: 3/11/25

King #222075
*Server's signature*

Hillary L. Hpiz / Process Server
*Printed name and title*

11410 NE 124th st #711 Kirkland WA 98034
*Server's address*

Additional information regarding attempted service, etc: