THE HONORABLE KYMBERLY K. EVANSON

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

LUIGI MARRUSO,

    Plaintiff,

    v.

ROBERT W. MONSTER, an individual, EPIK INC., a Washington corporation, and MASTERBUCKS LLC, a Wyoming limited liability company,

    Defendants.

Case No.: 2:24-cv-01455-KKE

Renewed Request for Entry of Default

Note on Motion Calendar: March 17, 2025

### **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**

Plaintiff respectfully requests the Clerk of the Court enter default in this matter against Defendants ROBERT W. MONSTER, EPIK, INC., AND MASTERBUCKS LLC, pursuant to Federal Rule of Civil Procedure 55(a). As set forth in the proofs of service on file (ECF 7, 8, and 17), each Defendant was properly served.

As detailed in the Declaration of Nicholas Ranallo filed concurrently herewith, each Defendant has failed to answer or otherwise appear and their time to do so has now expired. As

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
CASE NO. 2:24-CV-01455 - 1

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

such, Defendants are in default for failure to answer or otherwise appear and entry of default is appropriate.

In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

DATED: March 17, 2025

/s/ Nicholas Ranallo
Nicholas Ranallo
Washington Bar No. 51439
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com
(831) 607-9229

| PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT CASE NO. 2:24-CV-01455 - 2 | Revision Legal, PLLC 8051 Moorsbridge Rd. Portage, MI 49024 (269) 281-3908 | Ranallo Law Office 5058 57th Ave. S. Seattle, WA 98118 (831) 607-9229 |