UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIGI MARRUSO,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT W MONSTER, et al.,<br><br>                    Defendants. | CASE NO. C24-1455-KKE<br><br>ORDER FOR SUPPLEMENTAL EVIDENCE AND BRIEFING |

This matter comes before the Court on Plaintiff's second motion for entry of default under Federal Rule of Civil Procedure 55(a). Dkt. No. 18. Plaintiff has not sufficiently supported that service on Defendant Masterbucks, LLC ("Masterbucks") was proper. *See* Local Rules W.D. Wash. LCR 55(a) (requiring an affidavit that specifically shows "that the defaulting party was served in a manner authorized by Fed. R. Civ. P. 4.").

Plaintiff provides a certificate of service evidencing service on Masterbucks through personal service on a clerk with Northwest Registered Agent Service on September 23, 2024. Dkt. No. 8. But records from the Washington Secretary of State and Wyoming Secretary of State show that Masterbucks was administratively dissolved in November 2023 and that Northwest Registered Agent Service resigned as the registered agent as of January 2024.[1] *See Daniels-Hall v. Nat'l*

---

[1] *See Wyoming Secretary of State Business Center Search*, https://wyobiz.wyo.gov/Business/FilingSearch.aspx *Washington State Corporations and Charities Filing System*, https://ccfs.sos.wa.gov/#/Home.

ORDER FOR SUPPLEMENTAL EVIDENCE AND BRIEFING - 1

*Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010) (judicial notice of government websites is proper). Accordingly, Plaintiff must provide additional information in the form of legal authority or evidence to support that Masterbucks was properly served.

Plaintiff shall file this supplemental information by April 16, 2025. The Clerk shall re-note the pending motion for default for April 16, 2025.

Dated this 2nd day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER FOR SUPPLEMENTAL EVIDENCE AND BRIEFING - 2