UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIGI MARRUSO,<br>　　　　　　Plaintiff,<br>　v.<br>ROBERT W MONSTER, et al.,<br>　　　　　　Defendants. | CASE NO. C24-1455-KKE<br><br>ORDER TO ENTER DEFAULT AND SERVE DEFENDANTS |

This matter comes before the Court on Plaintiff's motion for entry of default against Defendants Robert Monster; Epik, Inc.; and Masterbucks, LLC. Dkt. No. 18. The Court has reviewed the records and files herein, including Plaintiff's supplemental memorandum regarding service on Masterbucks, LLC, and ORDERS the Clerk to enter the parties' default. Fed. R. Civ. P. 55(a), Local Rules W.D. Wash. LCR 55(a).

Plaintiff is ORDERED to send a copy of this Order and the subsequent Clerk's entry of default to Defendants by certified mail to: 3832 234th Avenue SE, Sammamish, Washington 98075.

Plaintiff shall file proof of delivery on the docket before moving for default judgment.

Dated this 22nd day of April, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER TO ENTER DEFAULT AND SERVE DEFENDANTS - 1