UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIGI MARRUSO<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W MONSTER et al.,<br><br>Defendants. | No. 2:24−cv−01455−KKE<br><br>CLERK'S ENTRY OF DEFAULT |

This matter is before the Court on Plaintiffs' motion for entry of default against Defendants Robert W. Monster, Epik Inc., and Masterbucks LLC. Having considered the motion and supporting papers, as well as the pleadings and records in this matter, and Defendants having failed to appear, answer, or otherwise respond to Plaintiffs' complaint within the time provided by law, pursuant to Federal Rule of Civil Procedure 55(a), Defendants Robert W. Monster, Epik Inc., and Masterbucks LLC are found to be in default.

DATED this 22nd day of April, 2025.

RAVI SUBRAMANIAN,
Clerk of the Court

*/s/ Diyana T. Staples*
Deputy Clerk

CLERK'S ENTRY OF DEFAULT - 1