THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

LUIGI MARRUSO,

    Plaintiff,

v.

ROBERT W. MONSTER, an individual,
EPIK INC., a Washington corporation, and
MASTERBUCKS LLC, a Wyoming
limited liability company,

    Defendants.

Case No.: 2:24-cv-01455-KKE

## PLAINTIFF'S NOTICE REGARDING DELIVERY OF ORDER AND ENTRY OF DEFAULT

On April 22, 2025, this Court entered an Order directing the Clerk to enter Default against the Defendants and ordered Plaintiff to "send a copy of this Order and the subsequent Clerk's entry of default to Defendants by certified mail to: 3832 234th Avenue SE, Sammamish, Washinton 98075." (ECF No. 21). On the same day, the Clerk entered Default. (ECF No. 22).

The next day, on April 23, 2025, Plaintiff sent, via certified mail, the Order at ECF 21 and the Entry of Default at ECF 22 to Defendants at 3832 234th Avenue SE, Sammamish, Washinton

Plaintiff's Notice Regarding Delivery of
Order and Entry of Default (NO. 24-cv-
01455-KKE) - 1

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

98075. After not receiving a confirmation of delivery, a second mailing certified mailing of the same documents to the same address was completed on May 7, 2025. However, the delivery of this mailing was never completed either.

As a result, Plaintiff retained a process server to complete personal service of the Order at ECF 21 and the Entry of Default at ECF 22 to Defendants at 3832 234th Avenue SE, Sammamish, Washinton 98075. Personal service was completed on May 22, 2025 at 7:58pm. **Exhibit 1**, Proof of Service.

## CONCLUSION AND RELIEF REQUESTED

Plaintiff is now requesting permission to file his Motion for Default Judgment.

DATED: May 28, 2025

/s/ Nicholas Ranallo
Nicholas Ranallo
Washington Bar No. 51439
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com
(831) 607-9229

/s/ Eric Misterovich
Eric Misterovich (P73422)
*Pro Hac Vice Forthcoming*
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
269.281.3908
eric@revisionlegal.com

Plaintiff's Notice Regarding Delivery of Order and Entry of Default (NO. 24-cv-01455-KKE) - 2

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229

# Exhibit 1

Civil Action No.    C24-1455-KKE

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Rob Monster, Epik Inc., Masterbucks, LLC**
was recieved by me on  **5/22/2025:**

- [X]  I personally served the summons on the individual at **3832 234th Avenue SE, Sammamish, WA 98075** on **05/22/2025 at 7:58 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  05/22/2025

*Server's signature*

**Nicole Eggleston**
*Printed name and title*

**962 quartz dr Sw
North Bend, WA 98045**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COVER LETTER; ORDER TO ENTER DEFAULT AND SERVE DEFENDANTS; CLERK'S ENTRY OF DEFAULT,  to Rob Monster, Epik Inc., Masterbucks, LLC with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired male contact 55-65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs with glasses.**

**Subpoena delivered successfully via direct service to the defendant/subject/business (at home address) Rob Monster, Epik Inc., Masterbucks, LLC by me asking for the subject/business and Mr Monster confirming, yes that is me.**



Tracking #: **0170763439**



Civil Action No.    **C24-1455-KKE**

**No issues with serving subpoena.**

**I observed two small dogs on premises as well as two vehicles, one back ford mini suv as well as one Mercedes dark gray gle 350, both in which were photographed for documentation.**





Tracking #: **0170763439**