Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| Luigi Marruso, | No. 2:24-cv-01455-KKE |
|---|---|
| Plaintiff, | |
| vs. | Order on Motion for Leave to File Over-Length Brief (LR 7(f)) |
| Robert W. Monster et al. | |
| Defendants | |

This matter coming before the Court on Plaintiff's Motion for Leave to file an overlength brief pursuant to Local Civil Rule 7(f), and good cause being shown therefore, it is HEREBY ORDERED that Plaintiff's motion is GRANTED, and may file a Motion for Default Judgment not to exceed 4550 words, excluding captions and signature blocks.

SO ORDERED this 13th day of June, 2025

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

Order on Motion for Leave to File Overlength Brief (NO. 24-cv-01455-KKE) - 1

Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(269) 281-3908

Ranallo Law Office
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229