THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

LUIGI MARRUSO,

    Plaintiff,

    v.

ROBERT W. MONSTER, an individual, EPIK INC., a Washington corporation, and MASTERBUCKS LLC, a Wyoming limited liability company,

    Defendants.

Case No.: 2:24-cv-01455-KKE

**[PROPOSED] JUDGEMENT IN A CIVIL ACTON**

## DEFAULT JUDGMENT IN A CIVIL ACTION

For the reasons stated in its Order on Motion for Default Judgment entered on this date the Court HEREBY ENTERS JUDGMENT FOR PLAINTIFF LUIGI MARRUSO to have and recover from Defendants Robert W. Monster, Epik, Inc. and Masterbucks, LLC jointly and severally:

1) Monetary judgment in the amount of $1,368,217.76; and

2) Civil possession of the property identified in the Complaint, such property consisting of 5.18836095 Bitcoins, which Defendants are ordered to deliver to Plaintiff.

SO ORDERED this ____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE
KYMBERLY K. EVANSON