THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIGI MARRUSO, | Case No.: 2:24-cv-01455-KKE |
| Plaintiff, | |
| v. | **Order Granting Plaintiff's Motion for Default Judgment** |
| ROBERT W. MONSTER, an individual, EPIK INC., a Washington corporation, and MASTERBUCKS LLC, a Wyoming limited liability company, | Note to Calendar: June 16, 2025 |
| Defendants. | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff having filed a Motion for Default Judgment, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is granted for the reasons stated in Plaintiff's motion, where default has entered against Defendants, and where Defendants have failed to appear.

IT IS FURTHER ORDERED that default judgment shall issue concurrently with this Order against Defendants, jointly and severally, in the amount of $1,368, 217.76.

IT IS FURTHER ORDERED that Defendants shall return 5.18836095 BTC to Plaintiff.

Dated this _____ day of _____2024.

_____
UNITED STATES DISTRICT JUDGE
KYMBERLY K. EVANSON