## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LUIGI MARRUSO,<br><br>                          Plaintiff(s),<br>   v.<br><br>ROBERT W MONSTER, et al.,<br><br>                          Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C24-1455-KKE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Motion for Default Judgment against Defendants Robert W. Monster, Epik, Inc., and Masterbucks LLC is GRANTED IN PART and DENIED IN PART:

1. Judgment is ENTERED in favor of Plaintiff and against Defendants as to Plaintiff's claims of fraudulent misrepresentation, unjust enrichment, conversion, violation of the CPA, and replevin.

2. Plaintiff's breach of contract, breach of fiduciary duty, and RICO claims are DISMISSED.

3. Plaintiff is AWARDED damages as follows:

a. Plaintiff is entitled to $1,368,217.76 from Monster, Masterbucks, and Epik, jointly and severally, with post-judgment interest at the rate provided in 28 U.S.C. § 1961.

b. Plaintiff is entitled to the return of 5.18836095 BTC.

Dated October 31, 2025.

Ravi Subramanian
Clerk of Court


/s/ Alejandro Pasaye Hernandez
Deputy Clerk
